UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

2007 MAR -5 A 11: 45

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Misc. Crim. No B-83-56M-01    5CR86-68 |
| BRETT E. GRIFFIN | : | March 1, 2007    (JCH) |

GOVERNMENT'S MOTION FOR ORDER
TO DESTROY FIREARM(S) / AMMUNITION

The United States, by and through its undersigned attorney, seeks an order of the Court authorizing the Federal Bureau of Investigation ("FBI") to destroy the following firearms(s) and/or ammunition:

Colt Police Positive
.38 caliber revolver
serial # 379848

six rounds of .38 caliber ammunition

The government submits the following in support of this motion:

1. The firearm(s)/ammunition has come into the possession of the FBI as evidence during the course of the now-resolved criminal case. The continued retention of the firearms/ammunition in the New Haven Office poses an ever-increasing problem with regard to proper security for the firearms/ammunition and the space available for other duties of this office.

2. The FBI's established procedure is to dispose of all unlawfully possessed firearms no longer of evidentiary value by forwarding them to the FBI Laboratory in Washington, D.C., for destruction.

3. The firearm(s)/ammunition in this case is either an illegal firearm per se, or if not illegal per se, was used in connection with a crime, or was not lawfully registered, or cannot be returned to the owner because of a felony conviction

4. The firearm(s)/ammunition was seized beneath a mattress on which Griffin was sitting when he was arrested on May 17, 1985 at 12406 Griffin Street, Cleveland, Ohio for Interstate Travel to Avoid Prosecution (Title 18 USC sect.1073). The federal warrant was based on murder charges in Bridgeport, Connecticut. Griffin was sentenced on 1/30/87 to fifteen years in prison for first degree manslaughter.

5. By letters sent to Mr. Griffin's last known address, the FBI attempted to advise Brett Griffin of its intention to seek a destruction order (copies of letters attached), however, all attempts to notify Griffin were returned unclaimed.

Wherefore, the government respectfully requests that this Court, in the exercise of its general supervisory powers, issue an order authorizing the destruction of the firearm(s)/ammunition.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

/s/ Henry K. Kopel

HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY
Federal Bar No. CT 24829
157 Church Street
New Haven, Connecticut 06501
(203) 821-3700

## CERTIFICATE OF SERVICE

The foregoing "Government's Motion for Order to Destroy Firearm(s)/Ammunition" was mailed, postage prepaid, this _1st_ day of _Mar._, 2007, to Mr. Brett Griffin, 22 Evergreen Avenue, Apartment C2, Hartford, CT 06105.

_____
HENRY K. KOPEL
ASSISTANT UNITED STATES ATTORNEY



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 321A-NH-A34057 - 5
      88A-NH-5866-1B1

600 State Street
New Haven, CT. 06511
(203) 503-5070
March 30, 2006

Mr. Brett E. Griffin
22 Evergreen Avenue
Hartford, CT 06105

                Re: Notice of Intent to Destroy Firearms

Dear Mr. Griffin:

    It is the policy of the Federal Bureau of Investigation to obtain a court order for the destruction of firearms and ammunition seized during the course of an investigation after those items are no longer needed as evidence. According to our records, items listed below were seized beneath a mattress on which you were sitting when you were arrested on May 17, 1985 at 12406 Griffin Street, Cleveland, Ohio.

        Colt Police Positive
        .38 caliber revolver
        serial # 379248

        six rounds of .38 caliber ammunition

    Unless I receive a written response within thirty days stating the grounds upon which you believe you are entitled to have the firearms and/or ammunition returned to you, I will obtain the court's permission to destroy those items.

                            Sincerely,

                            Kimberly K. Mertz
                            Special Agent in Charge


                            By:
                            David M. Rhieu
                            Chief Division Counsel



U.S. Department of Justice

Federal Bureau of Investigation

In Reply, Please Refer to
File No. 321A-NH-A34057 - 5
 88A-NH-5866-1B1

600 State Street
New Haven, CT. 06511
(203) 503-5070
May 8, 2006

Mr. Brett E. Griffin
22 Evergreen Avenue
Apartment C2
Hartford, CT 06105

Re: Notice of Intent to Destroy Firearms

Dear Mr. Griffin:

It is the policy of the Federal Bureau of Investigation to obtain a court order for the destruction of firearms and ammunition seized during the course of an investigation after those items are no longer needed as evidence. According to our records, items listed below were seized beneath a mattress on which you were sitting when you were arrested on May 17, 1985 at 12406 Griffin Street, Cleveland, Ohio.

> Colt Police Positive
> .38 caliber revolver
> serial # 379848
>
> six rounds of .38 caliber ammunition

Unless I receive a written response within thirty days stating the grounds upon which you believe you are entitled to have the firearms and/or ammunition returned to you, I will obtain the court's permission to destroy those items.

Sincerely,

Kimberly K. Mertz
Special Agent in Charge

By:
David M. Rhieu
Chief Division Counsel

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Misc. Crim. No B-83-56M-01 |
| BRETT E. GRIFFIN | : |

### ORDER

The Government's motion for destruction of firearm(s)/ ammunition having been reviewed, notice to the possessor/owner of the firearm(s) and/or ammunition having been either given, or attempted by reasonable means under the circumstances, and good cause having been shown,

IT IS HEREBY ORDERED that the Federal Bureau of Investigation is directed to forward the firearms(s) and/or ammunition identified in the Government's motion to the FBI Laboratory in Washington, D.C. for destruction in accordance with its established procedure.

SO ORDERED this _____ day of _____, 2007 at Hartford, Connecticut.

_____
United States District Judge